IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMIL HOHMANN,** | : | CIVIL ACTION NO. 1:15-CV-1200 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **OFFICER MILLER,** | : | |
| Defendant | : | |

## ORDER & JUDGMENT

AND NOW, this 13th day of April, 2016, upon consideration of the motion (Doc. 14) by defendant Officer Miller ("Miller") for summary judgment pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Miller's motion (Doc. 14) for summary judgment is GRANTED.

2. Judgment is ENTERED in favor of Miller and against plaintiff Emil Hohmann ("Hohmann") on all counts of Hohmann's complaint.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania